**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

WHAM-O HOLDING, LTD. and
INTERSPORT CORP. d/b/a WHAM-O,

      Plaintiffs,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Civil Action No.: 1:21-cv-01641

Judge Franklin U. Valderrama

Magistrate Judge Sheila M. Finnegan

**PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT**

Plaintiffs, WHAM-O HOLDING, LTD and INTERSPORT CORP. d/b/a WHAM-O, ("WHAM-O" or "Plaintiffs") seek enforcement of their settlement agreement with Defendant No. 121 kiiier ("Defendant"). Plaintiffs respectfully request this Court enter an order to (1) enforce the agreement, and (2) deny Defendant's motion to vacate [65] and motion to strike [67] as moot. A Memorandum of Law in Support is filed concurrently with this Motion.

DATED: August 3, 2021

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
111 West Jackson Boulevard, Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6079
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFFS***

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 3, 2021 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt