**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

WHAM-O HOLDING, LTD. and INTERSPORT
CORP. d/b/a WHAM-O,

    Plaintiffs,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:21-cv-01641

Judge Franklin U. Valderrama

Magistrate Judge Sheila M. Finnegan

**MOTION TO REQUIRE COMPLIANCE WITH LOCAL RULE 83.15**

Defendant No. 160 Ovnshery ("Ovnshery" or "Defendant"), appears to be filing documents *pro se* in the Northern District of Illinois with the assistance of an attorney. The email address provided in Defendant's *pro* se appearance form [70] (a true and correct copy of which is attached hereto as **Exhibit 1**) provides that the name of the pro se individual is Huang Tao, with an email address of legal.barnes@gmail.com, and a physical address of 1881 Baoan Nan Road, Luohu District, Shenzhen, China, 518001. A search of the address provided in [70] reveals that Defendant's address is the Grand Hyatt hotel in Shenzen:



Defendant's filed appearance form indicates that Defendant has not provided accurate contact information for the individual or company who operates the Defendant's Amazon store. This raises the question of whether the filer of Defendant's motion and appearance form are, in fact, Defendant. According to Defendant's Amazon page, Defendant's address is as follows:



Google translate provides that this address is: Room 724, Heshun Apartment, Building 7, Shandong District, Laiwu Village, Dalang Commercial Center, Dalang Street, Shenzhen City,

Longhua District, Guangdong Province, 518110, China. This is clearly not the same address that was provided in **Exhibit 1**.

In addition, legal.barnes@gmail.com is the same ECF email address used by many alleged *pro se* defendants that have appeared before this Court. For example, this email was used by the defendant named Louai Saleh Taan that operates the Amazon.com store Oxygen Ocean in *Benefit Cosmetics LLC v. The Partnerships, et al.*, Case No. 20-cv-2552 (N.D. Ill. Feb 5, 2021) (ECF No. [59]). A true and correct copy of the *pro se* appearance form filed in Case No. 20-cv-2552 is attached hereto as **Exhibit 2**. Oxygen Ocean's *pro se* appearance form lists Louai Saleh Taan as the *pro se* individual. One of the email addresses on the *pro se* appearance form for this individual is legal.barnes@gmail.com, and the appearance form also lists an incomplete physical address of "Amman, Jordan." *Id*.

Defendant Zhang Hehe in *H-D U.S.A, LLC v. The Partnerships, et al.*, Case No. 21-cv-03294 (N.D. Ill. Aug. 3, 2021) (ECF No. [40]) again lists legal.barnes@gmail.com as the *pro se* filer's email address found on the *pro* se appearance form. A true and correct copy of the *pro se* appearance form filed in Case No. 20-cv-3294 is attached hereto as **Exhibit 3**.

"A *pro se* litigant cannot employ the service of a non-attorney to prepare court pleadings, as this constitutes unlicensed practice of law and is punishable as contempt of court in Illinois." *Gajewski v. Ocwen Loan Servicing, LLC*, No. 14-cv-9230 (N.D. Ill. June 25, 2015) (citing *Thigpen v. Banas*, No. 08 C 4820 (N.D. Ill. Feb. 11, 2010)). A *pro se* litigant also cannot employ an undisclosed attorney to prepare court filings because it "raises serious issues of professional misconduct and violates Rule 11, which requires attorneys to sign documents submitted to the court and personally represent that there are grounds to support the pleadings." *Id*. (citing *Chriswell v. Big Score Entm't*, LLC, No. 11 C 00861 (N.D. Ill. Jan. 28, 2013)).

Local Rule 83.15 requires all nonresident attorneys to designate as local counsel "a member of the bar of this Court having an office within this District." N.D. Ill. Local R. 83.15(a). Once designated, local counsel must file an appearance in the case and accept service of notices, pleadings, and other documents on behalf of the nonresident attorney. N.D. Ill. Local R. 83.15(a) and (c). If a nonresident attorney fails to designate local counsel within thirty days of filing documents with the court, "the documents filed by the attorney may be stricken by the court." N.D. Ill. Local R. 83.15(b).

In light of these circumstances, Defendant's filings should be stricken. Other ghost-writing filers have previously filed several motions without a proper appearance in multiple cases. These filings have been repeatedly stricken as constituting the unauthorized practice of law. *See Wham-O Holding, Ltd., et al. v. The Partnerships and Unincorporated Associations Identified on Schedule A*, 20-cv-3761 (N.D. Ill. Oct. 16, 2020) (Shah, J.), (granting Plaintiffs' motion to strike because the document filed was "not a proper pleading filed by an attorney or record for a party"); *see also CamelBak Products, LLC v. The Partnerships and Unincorporated Associations Identified on Schedule "A"*, 20-cv-1542 (N.D. Ill. Aug. 31, 2020) (Guzman, J.) (striking and terminating defendant's motion because the document was filed by an individual "who has not entered an appearance and is neither a member of the general bar of this court nor has sought admittance pro hac vice, as required by Local Rule 83.12"). Additionally, other Courts have ordered *pro se* defendants to file affidavits "establishing [their] corporate structure (i.e. LLC, partnership, sole proprietorship). The affidavit should include supporting documentation evidencing the identified structure." *Pink Floyd (1987) Limited v. The Partnerships, et al.*, 21-cv-03039 (N.D. Ill. Aug. 4, 2021). A true and correct copy of this minute entry order is attached hereto as **Exhibit 4**.

For the foregoing reasons, Plaintiff respectfully requests that this Court:

(1) enter an order striking Defendant No. 160 Ovnshery's filings [70], [71], and [72] for failure to comply with the Northern District of Illinois local rules; or in the alternative:

(2) order the Defendant, by and through its alleged counsel to comply with Local Rule 83.15 by properly identifying the person who is drafting the documents that were filed into this case, such as by requiring the filer to produce a government-issued identification card; and

(3) require Defendant to file an affidavit establishing its corporate structure with supporting documentation.

DATED: August 23, 2021         Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
111 W Jackson BLVD, Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6079
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 23, 2021 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt