Exhibit 1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# U.S. District Court for the Northern District Of Illinois
## Appearance Form for Pro Se Litigants

FILED
7/29/2021 JMK
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney). **Please PRINT legibly.**

Case Title: Wham-O Holding, Ltd. and INTERSPORT CORP. d/b/a WHAM-O LLC, (Plaintiff) v. The Partnerships and Unincorporated Associations Identified on Schedule "A" (Defendants).

Case Number: 21-cv-01641

An appearance is hereby filed by the undersigned as a pro se litigant:

Name: Huang Tao

Street Address: 1881 Baoan Nan Road

City/State/Zip: Luohu District, Shenzhen, China, 518001

Phone Number: _____

*/s/ Huang Tao*
Signature

July 29, 2021
Executed(date)on

## REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

[√] I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

legal.barnes@gmail.com
**E-Mail Address (Please PRINT legibly  .)**

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]