Exhibit 2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# U.S. District Court for the Northern District Of Illinois
## Appearance Form for Pro Se Litigants

FILED 2/5/2021 AJS
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney). Please PRINT legibly.

Case Title: Benefit Cosmetics LLC v. The Partnerships and Unincorporated Associations Identified on Schedule "A"

Case Number: 1:20-cv-2552

An appearance is hereby filed by the undersigned as a pro se litigant:

Name: Louai Saleh Taan

Street Address: Amman

City/State/Zip: Jordan

Phone Number: 628-212-2602

Signature: /s/Louai Saleh Taan

Executed on (date): February 5, 2021

## REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

[✓] I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

E-Mail Address (Please PRINT legibly.): online2sell4you@gmail.com, legal.barnes@gmail.com

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]