# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Wham−O Holding,Ltd, et al.

                                               Plaintiff,

v.                                                             Case No.: 1:21−cv−01641

                                                                     Honorable Franklin U. Valderrama

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

                                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 19, 2021:

       MINUTE entry before the Franklin U. Valderrama: Plaintiffs' Motion for Entry of Default and Default Judgment against the Defendants Identified in Second Amended Schedule A [80] is granted. Statutory damages are awarded in the amount of $200,000 per each Defaulting Defendant on the trademark claims. Enter Default Judgment Order. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.