# Exhibit 1

On Wed, Jan 12, 2022 at 7:29 AM Song <pengkelaw@yeah.net> wrote:

Hello Counsel,

We are authorized to represent the following Amazon store to discuss settlement with you. Please kindly present your evidence against the store. Sincerely, we hope that this case can quickly reach a settlement agreement with the joint efforts of lawyers of both sides.

| Email | Store name | Account |
|---|---|---|
| UGgk7m9v@aliyun.com | CHWufEN | A1A3C9YE8L9VWL |

Looking forward to your kind reply,

Kind regards,

Song Yun

ATTORNEY AT LAW

Guang Dong Pengke law firm |  Building B, gangzhilong business center,  Qinglong Road, Longhua street, Shenzhen | 0755-21008687

CONFIDENTIALITY NOTE This message is intended solely for the use of the individual to whom it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately reply to this message or notify us by telephone at 0755-21008687 and delete the message.