Exhibit 2

2/23/2021 Amazon.com: Weighted Hula Hoop for Adults Beginners, Smart Hula Hoops for Kids, 2 in 1 Fitness Weight Loss and Massage, 24 Sections ABS Detachable Massage Yoga Ring, Abdominal Waist Exerci…

Case 1:21-cv-01641 Document # 103-2 Filed: 11/04/22 Page 2 of 10 PageID #:2911



# Weighted Hula Hoop for Adults Beginners, Smart Hula Hoops for Kids, 2 in 1 Fitness Weight Loss and Massage, 24 Sections ABS Detachable Massage Yoga Ring, Abdominal Waist Exercise (Blue)

Brand: LONEA

Price: $52.99

Save an extra 5% when you apply this coupon.
Details

Get $50 off instantly: Pay $2.99 $52.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

**Extra Savings** Promotion A… 1 Applicable Promotion

Color: **Blue**

 $52.99    $52.99    $52.99

 $52.99

- 【2-in-1 Fitness and Massage】These intelligent hoops can not only quickly burn body fat, but also help achieve an ideal figure. They can also massage your waist to help you relax. One product, two functions: side movement, side massage.
- 【All-round Thin 360 Degree Body】the intelligent hoop burns fat three times faster than a normal hoop. If you do 30 minutes, five times a week, you can burn 800 calories. Beautiful waist pulls into the stomach / thin leg beautiful leg / slim arm / tight hips, it is a good partner for a thin body.
- 【Free Adjustment of 24 Sections】In total, there are 24 sections of the intelligent hoop with a magnetic buckle that can be freely put together to fit your own waist size. The whole family can use it – suitable for fatter / thinner waists.
- 【Use it Anywhere】Compared to conventional hoops, this intelligent hoop does not fall off and solves the problem that beginners cannot use it. Our exercise hula hoop is great for indoor and outdoor practice. It has a lightweight and compact design that allows you to carry the hoola hoop for adults anywhere and practice at the gym, office, or in the comfort of your own home.
- 【Wide Applications】Suitable for people who need to lose weight / belly fat / mums after birth / office workers / students. Removable, easy to carry, exercise anytime and anywhere, without being subject to the restrictions of where you are.

$52.99

$119.70 delivery: **March 19 - April 9**

Fastest delivery: **March 2 - 5**

**In Stock.**

Qty: 30

Add to Cart

Buy Now

Secure transaction

Ships from CHWufEN US 7-15 Day…
Sold by CHWufEN US 7-15 Day…

Details

Deliver to Bensenville 60106

Add to List

Add to Wedding Registry

Have one to sell?
Sell on Amazon

https://www.amazon.com/Weighted-Beginners-Sections-Detachable-Abdominal/dp/B08X237K4M/ref=sr_1_181?th=1     1/5

2/23/2021 Amazon.com: Weighted Hula Hoops for Adults-Beginners, Small Hula Hoops for Kids,3 in 1 Fitness Weight loss and Massage,24 Sections Detachable,Massage Yoga Ring, Abdominal Waist Exerci…

Case 1:21-cv-01645 Document # 103-2 Filed: 11/04/22 Page 3 of 10 PageID #:2912










Garden Statue Outdoor Metal Heron Crane Yard Art Sculpture for Lawn Patio Backyard … — 146 — $159.99 prime

Tree Hugger Yard Art Decorations, Door and Windows Tree Art Garden Art,Glow In… — 188 — $16.55 prime

chisheen Garden Decor Outdoor Statues, Metal Peacock Decor for Outside, Garden Art … — 7 — $89.99 prime

Outdoor Solar Peacock Statue Garden Decor Metal Yard Art for Lawn Backyard Party We… — 306 — $58.99 prime

OwMell Green Frog Sitting Statue, Frogs Garden Decor Statues for Yard and Garden, I… — 447 — $16.88 prime

GorNorriss Garden Ornament Blue Rustic Sculpture Handmade Metal Plant Leaf for… — $33.99

Sunnydaze Sage the Yoga Garden Gnome Statue - Outdoor, La… and Garden… — 3 — $39.95 prime

## Special offers and product promotions

- ☐ **Clip this coupon** to save 5% on this product when you buy from CHWufEN US 7-15 Days Shipping. **Here's how** ⌄ (restrictions apply)
- Buy 2 · save 3% ; Buy 3 · save 8% ; Buy 5 · save 16%. Offered by CHWufEN US 7-15 Days Shipping. **See more products in this promotion**

### Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product description

Color:**Blue**

Smart Adjustable Size Detachable Fitness Ring With Massage Nut For Weight Loss

Description:

2-in-1 fitness and massage: These intelligent hoops can not only quickly burn body fat, but also help achieve an ideal figure. They can also massage your waist to help you relax. One product, two functions: side movement, side massage.

All-round thin 360 degree body: the intelligent hoop burns fat three times faster than a normal hoop. If you do 30 minutes, five times a week, you can burn 800 calories. Beautiful waist pulls into the stomach / thin leg beautiful leg / slim arm / tight hips, it is a good partner for a thin body.

Easy to use: compared to conventional hoops, this intelligent hoop does not fall off and solves the problem that beginners cannot use it.

Free adjustment of 24 sections: in total, there are 24 sections of the intelligent hoop with a magnetic buckle that can be freely put together to fit your own waist size. The whole family can use it – suitable for fatter / thinner waists.

Suitable for: Suitable for people who need to lose weight / belly fat / mums after birth / office workers / students. Removable, easy to carry, exercise anytime and anywhere, without being limited by the restrictions of where you are.

How to Use:

1. Adjust the buckle to fit the size of your waist.

2. Maintain a reasonable and constant speed to shake the soft gravity ball.

3. Keep the exercise time for about 30 minutes.

Product Includes: 1 x Smart fitness circle

## Product information

Color:**Blue**

| Manufacturer | LONEA |
|---|---|
| ASIN | B08X237K4M |
| Date First Available | February 19, 2021 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please **click here**

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Videos

Help others learn more about this product by uploading a video!

[ Upload video ]

## Products related to this item

Page 1 of 9

Sponsored 


**Garden Statue Outdoor Metal Heron Crane Yard Art Sculpture for Lawn Patio Backyard ...**
★★★★☆ 146
**$159.99** ✓prime


**Outdoor Solar Peacock Statue Garden Decor Metal Yard Art for Lawn Backyard Party We…**
★★★★☆ 306
**$58.99** ✓prime


**chisheen Garden Decor Outdoor Statues, Metal Peacock Decor for Outside, Garden Art …**
★★★★☆ 7
**$89.99** ✓prime


**OwMell Green Frog Sitting Statue, Frogs Garden Decor Statues for Yard and Garden, I…**
★★★★☆ 447
**$16.88** ✓prime


**Tree Hugger Yard Art Decorations, Door and Windows Tree Art Garden Art,Glow In…**
★★★★☆ 188
**$16.55** ✓prime


**EUSTUMA Home Garden Lawn Decor Ornaments and Sculptures Outdoor Decor,-Set of 3 Cut…**
**$22.98** ✓prime


**Sunnydaze Sage the Yoga Garden Gnome Statue - Outdoor, Lawn and Garden…**
★★★★★ 3
**$39.95** ✓prime

Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
 - Is the item durable?
 - Is this item easy to use?
 - What are the dimensions of this item?

## Customer reviews

| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ How are ratings calculated?

**No customer reviews**

### Review this product

Share your thoughts with other customers

[ Write a customer review ]

[ Shop now ]

Sponsored ⓘ

995  [ Shop now ]

2/23/2021    Amazon.com: Weighted Hula Hoop for Adults-Beginners, Smart Hula Hoops for Kids, 3-in-2 Fitness Weight Loss and Massage 24 Sections Detachable Massage Yoga Ring, Abdominal Waist Exerci…

Case 1:21-cv-01645 Document #: 103-2 Filed: 11/04/22 Page 5 of 10 PageID #:2914

### Deals in magazine subscriptions — Page 1 of 9

     

- **National Geographic Kids** — 11,438 — Print Magazine — $20.00
- **Southern Living** — 5,794 — Print Magazine — $8.00
- **National Geographic Little Kids** — 3,410 — Print Magazine — $7.00
- **Shape** — 1,494 — Print Magazine — $5.00
- **Better Homes and Gardens** — 302 — Print Magazine — $5.00
- **Birds and Blooms** — 205 — Print Magazine — $5.00

### Inspired by your browsing history — Page 1 of 8

     

- Single Use Disposable Small Size Pink Box Cartoon Pattern Mask for Children Kids — 70 — $11.99
- 4 Pack Plastic Hula Rings Toys,Hula Rings Toys Adjustable Weight & Length for Sports Party Games-Colourful — 170 — $22.99
- Prextex 3 in 1 Carnival Outdoor Games Combo Set Cornhole Bean Bags Ring Toss Game and Birthday Party Outdoor Games Supplies Plastic… — 2,166 — $19.79
- [3 Pack] OUBA Screen Protector for iPhone 12 / iPhone 12 Pro 5G 6.1 inch Tempered Glass,… — 263 — $5.99
- 3D Silicone Mask Bracket Internal Support Frame With Velcro—Nasal Face Mask Pad Bracket,Protect Lipstick Lips and Nose Create… — 302 — $11.99
- High Waist Yoga Pants for Women with Pockets,Workout Leggings Running Tight Tummy Control — 626 — $14.29 - $17.29

**Your Browsing History** — View or edit your browsing history › — Page 1 of 3

      

See personalized recommendations — **Sign in** — New customer? Start here.

---

**Back to top**

**Get to Know Us**
- Careers
- Blog
- About Amazon
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Tours

**Make Money with Us**
- Sell products on Amazon
- Sell apps on Amazon
- Become an Affiliate
- Advertise Your Products
- Self-Publish with Us
- Host an Amazon Hub
- › See More Make Money with Us

**Amazon Payment Products**
- Amazon Rewards Visa Signature Cards
- Amazon.com Store Card
- Amazon Business Card
- Amazon Business Line of Credit
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Amazon Currency Converter

**Let Us Help You**
- Amazon and COVID-19
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Amazon Assistant
- Help

 English    United States

| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
|---|---|---|---|---|---|---|
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Rapids Fun stories for kids on the go |
| Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion |
| Fabric Sewing, Quilting & Knitting | Goodreads | IMDb Movies, TV & Celebrities | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct |

# Amazon

Deliver to Bensenville 60106

CHWufEN US 7-15 Days Shipping

hula hoop

Hello, Sign in Account

Returns & Orders

0

All | Best Sellers | Prime | Today's Deals | Customer Service | New Releases | Books | Fashion | Find a Gift | Kindle Books | Gift Cards | Toys & Games | Amazon Home | Pharmacy | Sell

6 results for **"hula hoop"**

Sort by: Featured

**Brand**
LONEA

35
Shop now

Sponsored

Price and other details may vary based on size and color



Smart Hula Hoops, Auto-Spinning Hoop, 2 IN 1 Exercise Fitness Hula Hoops Workout 24 Detachable Sections for Adults and Kids with 360...
$48$^{99}$
Promotion Available
$3.99 shipping



Weighted Hula Hoop for Adults Beginners, Smart Hula Hoops for Kids, 2 in 1 Fitness Weight Loss and Massage, 24 Sections ABS Detachable Massag...
$52$^{99}$
Save 5% with coupon
$3.99 shipping



Hula Hoops for Adults Weight Loss Fitness, Foldable Removable Multiple Assembly Design Professional Fitness Hula Hoop Brings Perfect Figure
$24$^{96}$
$4.59 shipping



LONEA Weighted Hula Hoop for Adults Beginners do not Fall, 14/20/24 Knots, Hula Hoop Plus Size for Exercise, 2 in 1 Detachable Fitness Weight...
$48$^{39}$
$4.59 shipping



Smart Weighted Hula Hoop, Smart Adjustable Pilates Fitness Circles, Auto-Spinning Fitness Hula Hoop, Abdominal Trainers, Sports Fitness Rin...
$40$^{59}$
FREE Shipping

Smart Hoola Hoop with Auto-Spinning Hoop, 2 in 1 Abdomen Fitness Weight Loss Massage Non-Fall Hoola Hoops, 360 Degrees Massage 24...
$48$^{99}$
Promotion Available
$3.99 shipping

## Need help?

Visit the help section or contact us

  

## Choose your shipping options

**Continue**

---

**Shipment 1 of 1**

**Shipping from CHWufEN US 7-15 Days Shipping**  (Learn more)

Shipping to: ▇▇▇, 100 W ROOSEVELT AVE, BENSENVILLE, IL, 60106-4106 United States

- **Weighted Hula Hoop for Adults Beginners, Smart Hula Hoops for Kids, 2 in 1 Fitness Weight Loss and Massage, 24 Sections ABS Detachable Massage Yoga Ring, Abdominal Waist Exercise (Blue)**
  **$52.99** - Quantity: 30
  *See order summary for discounts applied*
  Sold by: CHWufEN US 7-15 Days Shipping

Change quantities or delete

**Choose a delivery option:**

◉ **Friday, Mar. 19 - Friday, April 9**
   $119.70 - Shipping

○ **Tuesday, Mar. 2 - Friday, Mar. 5**
   $1,499.70 - Shipping

---

**Continue**

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 

# Review your order



**Shipping address** Change
100 W ROOSEVELT AVE
BENSENVILLE, IL 60106-4106
United States
Phone:
Add delivery instructions
Ship to multiple addresses

**Payment method** Change
ending in

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**
[Enter Code]   Apply

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items (30):                $1,589.70
Shipping & handling:         $119.70
Promotion Applied:          -$127.18
Total before tax:          $1,582.22
Estimated tax to be collected:*  $117.00

**Order total:**           **$1,699.22**

Qualifying offers:
• Promotion Applied

How are shipping costs calculated?
Why didn't I qualify for free shipping?

**FREE TRIAL**
, we're giving you 30 days of Prime benefits for FREE    Try Prime FREE for 30 days

**Estimated delivery: Mar. 19, 2021 - April 9, 2021**

Weighted Hula Hoop for Adults Beginners, Smart Hula Hoops for Kids, 2 in 1 Fitness Weight Loss and Massage, 24 Sections ABS Detachable Massage Yoga Ring, Abdominal Waist Exercise (Blue)
**$52.99**
See order summary for discounts applied
Quantity: 30  Change
Sold by: CHWufEN US 7-15 Days Shipping
 Gift options not available.

Choose a delivery option:
● **Friday, Mar. 19 - Friday, April 9**
  $119.70 - Shipping
○ **Tuesday, Mar. 2 - Friday, Mar. 5**
  $1,499.70 - Shipping

*Why has sales tax been applied?  See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

amazon Deliver to Bensenville 60106 | All | hula hoop | Hello, Sign in Account | Returns & Orders | 0

All | Best Sellers | Prime | Today's Deals | Customer Service | New Releases | Books | Fashion | Find a Gift | Kindle Books | Gift Cards | Toys & Games | Shop Black-owned businesses

1,639

‹ Back to results

Sponsored

Roll over image to zoom in

# Smart Hula Hoops, Auto-Spinning Hoop, 2 IN 1 Exercise Fitness Hula Hoops Workout 24 Detachable Sections for Adults and Kids with 360 Degree Massage (Purple)

Brand: LONEA

Price: $48.99

Get $50 off instantly: Pay $0.00 ~~$48.99~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Extra Savings Promotion Available. 1 Applicable Promotion

Color: **Purple**

$48.99 | $48.99 | $48.99

- 【2-in-1 Fitness and Massage】These intelligent hoops can not only quickly burn body fat, but also help achieve an ideal figure. They can also massage your waist to help you relax. One product, two functions: side movement, side massage.
- 【All-round thin 360 degree body】the intelligent hoop burns fat three times faster than a normal hoop. If you do 30 minutes, five times a week, you can burn 800 calories. Beautiful waist pulls into the stomach / thin leg beautiful leg / slim arm / tight hips, it is a good partner for a thin body.
- 【Easy to Use】compared to conventional hoops, this intelligent hoop does not fall off and solves the problem that beginners cannot use it.
- 【Free Adjustment of 24 Sections】in total, there are 24 sections of the intelligent hoop with a magnetic buckle that can be freely put together to fit your own waist size. The whole family can use it – suitable for fatter / thinner waists.
- 【Wide Applications】Suitable for people who need to lose weight / belly fat / mums after birth / office workers / students. Removable, easy to carry, exercise anytime and anywhere, without being subject to the restrictions of where you are.

› See more product details

$48.99

$3.99 delivery: **March 19 - April 9**

Fastest delivery: **March 2 - 5**

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from CHWufEN US 7-15 Day...
Sold by CHWufEN US 7-15 Day...

Details

Deliver to Bensenville 60106

Add to List

Share

Have one to sell?

Sell on Amazon

The Coldest Water Bottle Vacuum Insulated Stainless Steel Hydro Travel Mug...
1,169

Sponsored

411

Sponsored

## Products related to this item

Page 1 of 5

Sponsored

SkunkWerkz Water Bottle, Hula Hoop Woman, Personalized Engraving Included
$19.99

Zak Designs 64oz Genesis Flex Double Wall Vacuum Insulated Water Bottle 18/8 Stainl...
5
$39.99 prime

LaserGram Double Wall Stainless Steel Water Bottle, Hula Hoop Woman, Personalized E...
$27.99

Giotto Large 1 Gallon/128oz (When Full) Motivational Water Bottle with Time...
19,894
$20.99 prime

32oz Anti Leak Squeeze Water Bottle - Great For Sports/Fitness/Day To Day Use - Big...
10
$14.99 prime

LaserGram 32oz Double Wall Flip Top Water Bottle with Straw, Hula Hoop Woman, Perso...
$39.99

Aluminum Water Bo - 24 oz - 10 pack - Customizable Text, l - Sealed Bottle ...
14
$69.99

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Product description

Color: **Purple**

Smart Adjustable Size Detachable Fitness Ring With Massage Nut For Weight Loss

Description:



amazon Deliver to Bensenville 60106 | All | hula hoop | Hello, Sign in Account | Returns & Orders | 0

All | Best Sellers | Prime | Today's Deals | Customer Service | New Releases | Books | Fashion | Find a Gift | Kindle Books | Gift Cards | Toys & Games | Shop Black-owned businesses

255

‹ Back to results

Sponsored

Roll over image to zoom in

# Hula Hoops for Adults Weight Loss Fitness, Foldable Removable Multiple Assembly Design Professional Fitness Hula Hoop Brings Perfect Figure

Brand: LONEA

Price: $24.96

Get $50 off instantly: Pay $0.00 ~~$24.96~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Extra Savings Promotion Available. 1 Applicable Promotion

Color: **Pink+Gray**

$27.25 | $27.49 | $24.96

- 【Shipping】Made in the United States, ship from overseas warehouses. Shipping All items will be shipped within 1-3 working days after payment. Standard Delivery, about 15-20 days to arrive. Expedited delivery, about 3-5 working days to arrive.
- 【Safety Material】ABS (acrylonitrile butadiene styrene) material wrapped with soft NBR (nitrile rubber) foam. Environmentally friendly and 100% safe and non-toxic.
- 【Removable Design for Different People】easy Hu la hoop to install snap design, 6-8 sections of the removable Hu la hoop can be adjusted according to different body shapes and ages. So it can be used anywhere at home, at work, in the gym or in the park.
- 【Wave Tyre Design】the ergonomic wave design H ula hoop fitness adapts completely to your waist during training and massages pressure on the waist to make fitness comfortable and burn more calories.
- 【Promote Faster Burning Hu la hoop for Adults】the use of a removable H ula hoop for 15 to 20 minutes a day can burn calories, through this Hu la hoop you can control the muscles of your stomach and face. tighten the figure, promote fat burning.

24

Sponsored

$24.96

$4.59 delivery: **March 19 - April 9**

Fastest delivery: **March 2 - 5**

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from CHWufEN US 7-15 Day...
Sold by CHWufEN US 7-15 Day...

Details

Deliver to Bensenville 60106

Add to List

Have one to sell?

Sell on Amazon

**TOMSHOO 5-in-1 AB Wheel Roller Kit with Push-Up Bar Jump Rope Hand...**
2,203

Sponsored

## 4 stars and above

Page 1 of 4

Sponsored

Liberty Kids Exercise Hoop, Detachable Adjustable Plastic Toy Hula Rings for Kids, ...
509
$22.85 prime

Ring Toss Deluxe – Includes 16 Rings, 8 Rope & 8 Plastic. Carry Bag Included – Easy...
809
$20.99 prime

runner deer Complete Lyra/Aerial Hoop/Aerial Rings Set,Include lyra,carabiners, Swi...
114
$215.00 prime

QMOEH Skip It Ball, Foldable Skip It Ankle Skipit Toy with Backpack, Colorful...
470
$15.80 prime

4 Pack Kids Hula Toys Rings,Adjustable Weight & Size Plastic Hoop Rings Detachable ...
61
$24.99 prime

DASKING Premium Aerial Silks Equipment - Safe Deluxe Aerial Kit (Dark Purple)
322
$119.99 prime

bintiva Balance Pods Piece Set - Hedgeho Style Domed Stabili Pods for Childr...
110
$28.99

## Products related to this item

Page 1 of 12

Sponsored



