## *United States District Court for the Northern District of Illinois*

Case Number: 21CV1641

Assigned/Issued By: LM

Judge Name: Valderrama

Designated Magistrate Judge: Finnegan

---

### FEE INFORMATION

***Amount Due:***  ☐ $402.00  ☐ $49.00  ☐ $5.00

☐ IFP  ☐ No Fee  ☐ Other _____

☐ $505.00

Number of Service Copies _____  Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____  Receipt #: _____

Date Payment Rec'd: _____  Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons  ☐ Alias Summons

☐ Third Party Summons  ☐ Lis Pendens

☐ Non Wage Garnishment Summons  ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons  _____

☑ Citation to Discover Assets  _____

☐ Writ _____  (Victim, Against and $ Amount)
       (Type of Writ)

3  Original and 0  copies on 12/21/22  as to Amazon.com, Inc., EBAY Inc.,
                              (Date)

ContextLogic, Inc.

Third party (No notice)

Rev. 08/19/2016